# United States Court of Appeals

## For the First Circuit

No. 16-1567

UNITED STATES OF AMERICA,

Appellant,

v.

ALEX LEVIN,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on October 27, 2017, is amended as follows:

On pages 14-15, footnote 6, change "a warrant for conduct it knows to be illegal." with "a warrant to engage in conduct it knows to be illegal."